UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
BILL SPURLOCK,

        Plaintiff,

v.

SHUTTERFLY, INC., WILLIAM J. LANSING, RYAN O'HARA, THOMAS D. HUGHES, EVA MANOLIS, ANN MATHER, ELIZABETH S. RAFAEL, ELIZABETH P. SARTAIN, HENRY TAYLOE STANSBURY, BRIAN T. SWETTE, and MICHAEL P. ZEISSER,

        Defendants.
------------------------------------- X

CASE NO.: 1:19-cv-06836-VM

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 18, 2019

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*